**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Rosedelma Seraphin
Plaintiff,
v.

Case No.: 1:26−cv−00769−JJM−RLA

Brown University
Defendant.

**ORDER OF RECUSAL**

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

October 21, 2026

By the Court:

/s/ Melissa R. DuBose
United States District Judge